# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | |
|---|---|
| JASON WRIGHT; - AKA - TREMAIN KNIGHT,<br><br>    Petitioner<br><br>  v.<br><br>STATE OF PENNSYLVANIA BOARD OF PROBATION AND PAROLE,<br><br>    Respondent | : No. 145 MM 2014<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## ORDER

**PER CURIAM**

  **AND NOW**, this 13th day of November, 2014, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus is **DENIED**.